IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02895-RPM

RACHEL FRIEDSTAT,

     Plaintiff,

v.

SARAH E. CONRAD and
LUNKER, INC., d/b/a THE CLUB VAIL,

     Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 22, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 17, 2011.**

The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated:   January 24th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge