IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02895-RPM

RACHEL FRIEDSTAT,

    Plaintiff,

v.

SARAH E. CONRAD, individually, and
LUNKER, INC., d/b/a THE CLUB, a Colorado corporation,

    Defendants.

___

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT LUNKER ONLY**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice of Defendant Lunker Only, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff Rachel Friedstat against Defendant Lunker, Inc., d/b/a The Club, is hereby dismissed with prejudice, each party to pay their own costs in this matter.

DATED this 31st day of October, 2011.

                                                  BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge