**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-CV-02895-RPM**

RACHEL FRIEDSTAT,

      Plaintiff,

v.

SARAH E. CONRAD, individually, and
LUNKER, INC., d/b/a THE CLUB, a Colorado corporation,

      Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS AGAINST
DEFENDANT SARAH E. CONRAD, WITH PREJUDICE**
_____

      Pursuant to the stipulation for dismissal of claims against defendant Sarah E. Conrad [21] filed December 12, 2011, it is

      ORDERED that the Complaint filed by Plaintiff Rachel Friedstat against Defendant Sarah E. Conrad, is hereby dismissed with prejudice, each party to pay their own costs in the matter.

      DATED this 13th day of December, 2011.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge